3/28

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**FILED**

MAR 2 8 2007

ATTEST: ᗺᗺᗺᗺ CLERK

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

Rachael Robson, Plaintiff

Vs.

Town of Leicester, and Patricia Dykas-Gonet
in her Official and Individual
capacity.   Defendants

No.   WOCV2006-02588-A

)
)
)
)
Plaintiff (s)  )
)
)
)
)
Defendant (s)  )

## SUMMONS

\*    To the above-named Defendant:  Town of Leicester

   You are hereby summoned and required to serve upon ..............................................
.........David Ashworth, Esquire ..........................................................................................
whose address is ..11 Pleasant Street, Worcester, MA 01609, plaintiff's attorney,
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

   Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

   Witness, Barbara J. Rouse,         Esquire, at Worcester, the....26th.............
day of ....March..........................................................in the year of our Lord two thousand  and
.Seven............. .

A true copy by photostatic process
Attest: _____
Asst. Clerk

_____
Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

Worcester, SS **PROOF OF SERVICE OF PROCESS** March 27TH, 20

I hereby certify and return that on ...... March 27TH, 2007 ................................................

20............, I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

.By giving in hand to Patricia Hartnett, Town Clerk, Agent and Person in charge of

.it's business at the time of service.   Time of service: 11:00 A.M.

Service & Travel: $75.00

* Served together with Tracking Order & Civil Action Cover Sheet.

To wit:   Town of Leicester, 3 Washburn Sq., in said Leicester, MA

Dated: March 27th, 2007 ................, 20 ...................

Daniel B. Gately, Constable and
Disinterested Person

## N.B. TO PROCESS SERVER:

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 27th, 2007 **20**

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No.

Plaintiff

v.

Defendant

SUMMONS

(Mass. R. Civ. P. 4)

A true copy by photostatic process
Attest:
    Asst. Clerk

3/28

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

FILED

MAR 2 8 2007

ATTEST: [signature] CLERK

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

Rachael Robson, Plaintiff

No.   WOCV2006-02588-A

vs.

Town of Leicester, Patricia Dykas-Gonet
in her Official Capacity and Individual
Capacity Defendants...

Plaintiff (s)

)
)
)
)
)
)
)
)
)
)

**SUMMONS**

Defendant (s)

* To the above-named Defendant:   Patricia Dykas-Gonet

You are hereby summoned and required to serve upon ...................................
.............. David Ashworth, Esquire ..........................................................
whose address is 11 Pleasant Street, Worcester, MA   01609 plaintiff's attorney,
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness. Barbara J. Rouse,     Esquire, at Worcester, the............26th............
day of .......March..................................................in the year of our Lord two thousand  and
...Seven............ .

A true copy by photostatic process
Attest: [signature]
Asst. Clerk

[signature]
Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

* NOTICE TO DEFENDANT. You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

Worcester, SS                **PROOF OF SERVICE OF PROCESS**                March 27th, 200?

I hereby certify and return that on ...March..27th,..2007.........................................................

20.............,  I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named de?endant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By..giving..in.hand.to.Patricia.Hartnett,Town.Clerk,.Agent.and.Person..in.charge.of.it's

business.at.the.time.of.service...To.wit:..Town.of.Leicester,.3.Washburn.Sq.,.in.said

Leicester,.MA......Time.of.service:..11:02.A.M.......................................................

Service & Travel: $75.00

* Served together with Tracking Order and Civil Action Cover Sheet.

Dated:.March..27th,..2007................., 20...................

                                        Daniel B. Gately, Constable and
                                                    Disinterested Person


**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

|  |
|---|
| March 27th, 2007    , **20** |


COMMONWEALTH OF MASSACHUSETTS

Superior Court
Civil Action

No.

Plaintiff

v.

Defendant

SUMMONS

(Mass. R. Civ. P. 4)

Worcester, ss.

A true copy by photostatic process
Attest:
                    Asst. Clerk

3/6

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**FILED**

MAR 2 8 2007

ATTEST: ~~Dul Huly~~ CLERK

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. WOCV2006--02588--A

)
)
)
Rachael Robson                     Plaintiff (s)     )
)                    **SUMMONS**
v.                                   )
)
)
Town of Leicester , Patricia Dykas--Gonet           )
in her Official and Individual Capacity   Defendant (s)   )

✳   To the above-named Defendant:   Board of Selectman, Town of Leicester

You are hereby summoned and required to serve upon
David Ashworth, Esquire
whose address is11 Pleasant Street, Worcester, MA 01609 ............, plaintiff's attorney,
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness. Barbara J. Rouse,      Esquire, at Worcester, the    26th
day of .......March...................................................in the year of our Lord two thousand  and
...Seven............ .

A true copy by photostatic process
Attest:
Asst. Clerk

Clerk

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

✳    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

Worcester, SS          PROOF OF SERVICE OF PROCESS          March 27th, 2007

I hereby certify and return that on ...... March 27th, 2007 ..................................

20............, I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By giving in hand to Patricia Hartnett, Town Clerk, Agent and Person in charge of
it's business at the time of service.  To wit: Town of Leicester, 3 Washburn, Sq., in
said Leicester, MA.  Time of service: 11:01 A.M.
Service & Travel: $75.00
* Served together with Tracking Order and Civil Action Cover Sheet.

Dated: March 27th, 2007 .................., 20...................

                                                    Daniel B. Gately, Constable and
                                                              Disinterested Person


N.B. TO PROCESS SERVER:

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 27th, 2007          , 20

COMMONWEALTH OF MASSACHUSETTS

Superior Court
Civil Action

No.

Plaintiff

Defendant

v.

SUMMONS

(Mass. R. Civ. P. 4)

Worcester, ss.

A true copy by photostatic process
Attest:
          Asst. Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RACHEL ROBSON
    Plaintiff

vs.

TOWN OF LEICESTER, and
PATRICIA DYKAS-GONET  in her official and
Individual capacity
    Defendants

CIVIL ACTION NO.

06-2588-A

07-40109 FDS

**FILED**
APR 17 2007
ATTEST: _____ CLERK

## NOTICE OF REMOVAL

Petitioners, TOWN OF LEICESTER, and PATRICIA DYKAS-GONET in her official and individual capacity, who are defendants in the above titled action, by their undersigned attorney, and pursuant to 28 U.S.C. 1441, *et seq.*, state as follows:

1.  Defendants exercise their rights under the provisions of 28 U.S.C. §1441, *et seq.,* to remove this action from the Superior Court of the Department of the Trial Court, Commonwealth of Massachusetts, Worcester County, in which this case is now pending under the name and style: Rachael Robson v Town of Leicester and Patricia Dykas-Gonet, in her official and individual capacity Civil Action No. WOCv2006-02588-A.

2.  This is a action in which the District Courts of the United States have been given original jurisdiction in that it arises under the laws of the United States as provided in 28 U.S.C. §1331.

3.  Specifically, plaintiff appears to allege a violation of her rights pursuant to 42 U.S.C. § 1983.

4.  This action was filed on or about December 22, 2006.  Service was made upon defendants on or about March 26, 2007.  In accordance with the requirements of 28 U.S.C.

473129

§1446, this Notice of Removal is filed within 30 days after the service of the summons and complaint upon the defendants.

5.  Pursuant to 28 U.S.C.  §1446, the Defendants are filing contemporaneously with this Notice of Removal copies of the following served upon it in this action (attached hereto):

(a)  Summons with Sheriffs Return of Service;

(b)  Complaint.

6.  Based on the foregoing, the defendants respectfully requests that this action be removed from the Superior Court, Department of the Trial Court of Massachusetts, Commonwealth of Massachusetts,  Worcester Division, to the United States District Court for the District of Massachusetts, Central Division,  the District where the action is pending.

7.  Written notice of the filing of this Notice will be given to adverse parties.

8.  A copy of this petition will be filed with the clerk of the Superior Court Department, Worcester Division.

WHEREFORE, the defendants respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

470296

Page 3

THE DEFENDANTS,
TOWN OF LEICESTER, PATRICIA
DYKAS-GONET in her official and
individual capacity

By_____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this _____ day of April, 2007, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to David E. Ashworth, Esq., 11 Pleasant Street, Worcester, MA  01609.

Subscribed under the penalties of perjury.

_____
Nancy Frankel Pelletier, Esq.

I hereby certify on 4|12|07 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on____
☑ original filed in my office on 4|12|07
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By:_____
Deputy Clerk

470296

4/17

COMMONWEALTH OF MASSACHUSETTS

WORCESTER COUNTY

SUPERIOR COURT DEPARTMENT
C.A. NO. WOCV2006-02588

RACHEL ROBSON.,           )
        Plaintiff          )
                           )
                           )
vs.                        )
                           )
TOWN OF LEICESTER, and     )
 PATRICIA DYKAS-GONET  in her official and  )
Individual capacity        )
        Defendants         )

## NOTICE OF FILING OF NOTICE OF REMOVAL WITH THE UNITED STATES DISTRICT COURT

Defendants hereby give notice of their filing with the United States District Court, District of

Massachusetts, Central Division, their Notice of Removal.  A copy of the Notice of Removal is

attached hereto as Exhibit A.

THE DEFENDANTS
TOWN OF LEICESTER and
PATRICIA DYKAS-GONET in her official
and individual capacity

By_____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

473139

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this _____ day of April, 2007, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to David E. Ashworth, Esq., 11 Pleasant Street, Worcester, MA 01609.

Subscribed under the penalties of perjury.

_____
Nancy Frankel Pelletier, Esq.

A true copy by photostatic process.
Attest:
Asst. Clerk

473139

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS

WORCESTER SUPERIOR COURT
CIVIL DIVISION
DOCKET NO.  **06-2588**

RACHAEL ROBSON,                    )
        Plaintiff,                 )
                                   )
                                   )
V.                                 )
                                   )
TOWN OF LEICESTER, and             )
PATRICIA DYKAS-GONET,              )
in her official and individual     )
capacity.                          )
        Defendants,                )

PLAINTIFF'S COMPLAINT

**FILED**

DEC 2 2 2006

ATTEST:

CLERK

## PARTIES

1.  The Plaintiff, is Rachael Robson, a resident of the Commonwealth of Massachusetts, with a mailing address of 77 Waite Street, Leicester, Massachusetts 01524. (hereinafter, "plaintiff")

2.  The Defendant is Patricia Dykas-Gonet, a resident of the Commonwealth of Massachusetts, and an employee of the Town of Leicester, who is being sued in her individual and official capacity, with a mailing address of 3 Washburn Square, Leicester, Massachusetts 01524. (hereinafter, "defendant")

3.  The Defendant is The Town of Leicester, a governmental entity of the Commonwealth with a mailing address of 3 Washburn Square, Leicester, Massachusetts 01524. (hereinafter, "defendant").

## STATEMENT OF FACTS

4.  Plaintiff is the owner of three duly licenced dogs Toka (6), Callie(4), and Jedi (4), who resided in the Town of Leicester Massachusetts

5.  To the best of plaintiff's knowledge and belief, none of her three dogs have ever bitten any person on any prior occasion.

**COVER SHEET**                                                  County: Worcester

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Rachael Robson | Town of Leicester, and Patricia Dykas-Gonet |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (If known) |
|---|---|
| David Ashworth, Esq. <br> 11 Pleasant St. Wor, MA 01609 <br> Board of Bar Overseers number: 549850   (508)753 9199 | |

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E03 | Misc. | ( A ) | (X) Yes    ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses .................................................. $ ...........
2. Total Doctor expenses .................................................. $ ...........
3. Total chiropractic expenses .............................................. $ ...........
4. Total physical therapy expenses ......................................... $ ...........
5. Total other expenses (describe) ......................................... $ 16,900.00
   Subtotal $ ...........

B. Documented lost wages and compensation to date ......................... $ ...........
C. Documented property damages to date .................................... $ ...........
D. Reasonably anticipated future medical and hospital expenses ............ $ ...........
E. Reasonably anticipated lost wages ...................................... $ ...........
F. Other documented items of damages (describe)

   $ ...........

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   Attorneys fees, Town fees, emotional distress, Relocation costs.

   TOTAL $ 16,900.00

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

   TOTAL $. ...........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____      DATE: 12-22-03

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

MASXP-20070212                                                                                03/27/2007
rodrigue                    **Commonwealth of Massachusetts**                                04:15 PM
                                WORCESTER SUPERIOR COURT
                                      Case Summary
                                      Civil Docket

## WOCV2006-02588
### Robson v Leicester et al

| File Date | 12/22/2006 | Status | Needs review for service (acneserv) |
|---|---|---|---|
| Status Date | 12/22/2006 | Session | A - Civil A (12 Worcester) |
| Origin | 1 - Complaint | Case Type | E03 - Action against Commonwealth/municpl |
| Track | A - Average track | Lead Case | |

Jury Trial   Yes

### DEADLINES

|  | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| Served By | | | | | 02/09/2009 | | | |
| Filed By | 03/22/2007 | 05/21/2007 | 05/21/2007 | 03/16/2008 | | 04/10/2009 | | 12/21/2009 |
| Heard By | | | | | | | 08/08/2009 | |

### PARTIES

**Plaintiff**
Rachael Robson
77 Waite Street
Leicester, MA 01524
Active 12/22/2006

**Defendant**
Town of Leicester
3 Washburn Square
Leicester, MA 01524
Served: 03/26/2007
Served (answr pending) 03/26/2007

**Defendant**
Patricia Dykas-Gonet
3 Wasburn Square
Leicester, MA 01524
Served: 03/26/2007
Served (answr pending) 03/26/2007

**Private Counsel 549850**
David E Ashworth
11 Pleasant Street
Worcester, MA 01609
Phone: 508-753-9199
Fax: 508-831-9639
Active 12/22/2006 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/22/2006 | 1.0 | Complaint & civil action cover sheet filed and rule 21 statement-CJ. |
| 12/22/2006 | | Origin 1, Type E03, Track A. |
| 12/22/2006 | | Filing fee paid in the amount of $275.00 including $15.00 surcharge and $20.00 security fee. |
| 03/26/2007 | 2.0 | Plff Rachael Robson's MOTION for appointment of special process server Francis J. Trapasso |
| 03/26/2007 | | MOTION (P#2) ALLOWED (Fecteau, Justice). Notices mailed 3/26/2007 |
| 03/26/2007 | 3.0 | SERVICE RETURNED (summons): Deft Town of Leicester, service made on 3/26/2007 (agent in charge service) |
| 03/26/2007 | 4.0 | SERVICE RETURNED (summons): Deft Patricia Dykas-Gonet, service made |

case01 129327 y y y y y y                                                        Page 1 of 2

MASXP-20070212
roarigue

Commonwealth of Massachusetts
WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

03/27/2007
04:15 PM

## WOCV2006-02588
### Robson v Leicester et al

| Date | Paper | Text |
|------|-------|------|
|  | 4.0 | on 3/26/2007 (last and usual) |
| 03/26/2007 | 5.0 | SERVICE RETURNED (summons): Board of Selectman, service made on 3/26/2007 (agent in charge service) |

**EVENTS**

A true copy by photostatic process
Attest:
Asst. Clerk